IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CRAIG McLEAN,

    Plaintiff,

vs.                             Case No. 11-1222-SAC

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

### NUNC PRO TUNC MINUTE ORDER

BY THE DIRECTION OF THE HONORABLE SAM A. CROW, U.S. DISTRICT SENIOR JUDGE:

The Memorandum and Order (Doc. 17) in the above entitled matter inadvertently omitted a citation to authority. At the bottom of page 18 continuing to the top of page 19 is the following sentence:

> "However, the table rules do not direct a conclusion of "disabled" or "not disabled" when an individual's exertional RFC does not coincide with the exertional criteria of any one of the exertional ranges (i.e., sedentary, light)"

At the end of this sentence, the citation to authority should appear; therefore, the order is hereby corrected to include this citation at the end of the above sentence: "S.S.R. 83-12, 1983 WL 31253 at *1."

Dated this 26th day of September, 2012, at Topeka, Kansas.

TIMOTHY M. O'BRIEN, CLERK

By s/ Brenda M. Wessel
 Deputy Clerk